# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: THE ALLSTATE CORPORATION
SECURITIES LITIGATION

Case No. 16-cv-10510

Hon. Robert W. Gettleman

## DEFENDANTS' MOTION TO DISMISS

Defendants The Allstate Corporation, Thomas J. Wilson, and Matthew E. Winter, by their undersigned counsel, hereby move pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss plaintiffs' consolidated class action complaint for failure to state a claim on which relief can be granted. Defendants incorporate, as though fully set forth herein, their attached Memorandum in Support of this Motion and the Defendants' Request for Judicial Notice and Recognition That Certain Documents Have Been Incorporated by Reference, with its exhibits, which are being filed concurrently.

Dated: Chicago, Illinois
June 1, 2017

DLA PIPER LLP (US)

By: /s/ *Raja Gaddipati*
Raja Gaddipati (IL-6289527)
raja.gaddipati@dlapiper.com

Of Counsel:

John J. Clarke, Jr.*
john.clarke@dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
Tel.: 212.335.4500

444 W. Lake Street, Suite 900
Chicago, IL 60606-0089
Tel.: 312.368.4000

Attorneys for Defendants
 The Allstate Corporation, Thomas J. Wilson, and
 Matthew E. Winter

* Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on June 1, 2017, I electronically filed the foregoing **Defendants' Motion to Dismiss** using the ECF System for the United States District Court for the Northern District of Illinois. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record registered on the ECF system.

      /s/ *Raja Gaddipati*
      Raja Gaddipati
      DLA Piper LLP (US)
      444 West Lake Street, Suite 900
      Chicago, Illinois 60606-0089