## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

City of St. Clair Shores Police and Fire
Retirement System, et al.

                                         Plaintiff,

v.                                                  Case No.: 1:16−cv−10510

                                                    Honorable Robert W.
                                                    Gettleman

The Allstate Corporation, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2018:

      MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 12/12/2018. For the reasons stated on the record, defendants' motion [147] for leave to file a surreply in response to plaintiffs' new class certification arguments is granted. Status hearing set for 1/10/2019 is stricken. The court will issue a written order by mail. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.