**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE THE ALLSTATE CORPORATION SECURITIES LITIGATION | Case No. 16-cv-10510<br><br>Hon. Robert W. Gettleman |

## [PROPOSED] FINAL PRETRIAL ORDER

This matter having come before the court at a pretrial conference held pursuant to Fed. R. Civ. P. ("Rule") 16, and

**LABATON SUCHAROW LLP**

MICHAEL P. CANTY (*pro hac vice*)
THOMAS G. HOFFMAN, JR. (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Email: mcanty@labaton.com
         thoffman@labaton.com

**POMERANTZ LLP**

PATRICK V. DAHLSTROM
LOUIS C. LUDWIG
10 S. LaSalle Street Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com
         lcludwig@pomlaw.com

having appeared as counsel for Lead Plaintiffs Carpenters Pension Trust Fund for Northern California and Carpenters Annuity Trust Fund for Northern California, and Class Representative the City of Providence Employee Retirement System, and the Class (collectively, "Plaintiffs"); and

**DLA PIPER LLP (US)**

John J. Clarke, Jr (*pro hac vice*)
john.clarke@dlapiper.com

1

1251 Avenue of the Americas
New York, New York 10020-1104
212.335.4500

Kenneth L. Schmetterer (IL-6201860)
kenneth.schmetterer@dlapiper.com
Yan Grinblat
yan.grinblat@dlapiper.com
Emily D. Gilman
emily.glman@dlapiper.com
444 W. Lake Street
Chicago, Illinois 60606-0089
312.368.4000

having appeared as counsel for The Allstate Corporation and Thomas J. Wilson; and

**SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP**

Charles F. Smith (IL-6195537)
charles.smith@skadden.com

Gail E. Lee (IL-6318334)
gail.lee@skadden.com
155 N, Wacker Drive
Chicago, Illinois  60606-1720
312.407.0700

having appeared as counsel for Defendant Thomas J. Wilson; and

**SALVATORE PRESCOTT PORTER & PORTER, PLLC**

Julie B. Porter (IL- 6243787)
porter@sppplaw.com
Suzanne B. Notton (IL- 6316981)
notton@sppplaw.com
1010 Davis Street
Evanston, IL 60201
(312) 283-5711

having appeared as counsel for Defendant Matthew E. Winter; and

**MCDERMOTT WILL & EMERY LLP**

Colleen E. Baime (IL- 9846481)
cbaime@mwe.com

Steven S. Scholes (IL- 6191220)
sscholes@mwe.com
Brigid E. McCarthy (IL- 6330102)
bemccarthy@mwe.com
444 West Lake Street
Chicago, IL  60606
312.899.7101

having appeared as counsel for Defendant The Allstate Corporation, the following actions were taken:

**(1)** This is a certified class action brought under §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§78j(b) and 78t(a), and the rules and regulations promulgated thereunder, including SEC Rule 10b-5, 17 C.F.R. 240.10b-5 and the jurisdiction of the Court is invoked under §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1331. Jurisdiction is not disputed.

**(2)** The following stipulations and statements were submitted and are attached to and made a part of this Order:

**(a)** Exhibit A - A comprehensive statement of all uncontested facts, which will become a part of the evidentiary record in the case and which may be read to the jury by the court or any party;

**(b)** Exhibit B – the parties' proposed short description of the case to be read to prospective jurors;

**(c)** Exhibit C - Except for rebuttal and impeachment exhibits, schedules of all exhibits (all exhibits shall be marked for identification before trial), including documents, summaries, charts and other items expected to be offered in evidence during trial;[1]

C-1 Plaintiffs' Exhibit List;

C-2 Defendants' Exhibit List;

**(d)** Exhibit D – Lists of the names and addresses of the potential witnesses to be called by each party, with a statement of any objections to calling, or to the qualifications of, any witness identified on the list;

D-1 Plaintiffs' Witness List;

D-2 Defendants' Witness List;

---

[1] The parties anticipate relying on demonstrative exhibits at trial and agree to provide such exhibits to each other as soon as reasonably possible as trial proceeds. and to work to resolve objections before presenting issues to the Court.

**(e)** Exhibit E - Statements setting forth the qualifications of each expert witness in such form that the statement can be read to the jury at the time the expert witness takes the stand;

E-1 Plaintiffs' Statement of Qualifications of Expert Witnesses to Be Read to the Jury;

E-2 Defendants' Statement of Qualifications of Expert Witnesses to Be Read to the Jury;

**(f)** Exhibit F - A list of each party's affirmative deposition designations and counter designations, and any objections thereto. This list includes the designated page and line numbers, to be published to the jury via reading or video;

**(g)** Exhibit G - Plaintiffs' itemized statement of damages;

**(h)** Exhibit H - Proposed jury instructions, verdict forms, and questions for the prospective jurors;

H-1 Proposed Jury Instructions (agreed and contested);

H-2(a) Plaintiffs' Proposed Verdict Form;

H-2(b) Defendants' Proposed Verdict Form;

H-3 Joint Proposed Voir Dire Questions; [2]

**(i)** Pursuant to the Court's Minute Entry dated August 24, 2022, the parties shall file any motions in limine concurrently with this proposed Order on January 10, 2023, and responses to those motions are due on January 20, 2023. Although Local Rule 16.1.1 does not require to the parties to file a trial brief at this stage, Defendants will also file a trial brief concurrently;[3]

**(j)** Each party has completed discovery on class issues, including the depositions of expert witnesses. Because this is a class action case that presents issues of individual

---

[2] The parties agree that jury selection in this case would benefit from the use of a juror questionnaire that would facilitate a streamlined selection process and limit the proposed voir dire questions. The parties continue to meet and confer on an agreed questionnaire to be presented for consideration by the Court.

[3] Plaintiffs reserve their rights to provide the Court a trial brief at an appropriate time or pursuant to an order of the Court. Plaintiffs respectfully suggest that trial briefs are premature until after the issue of bifurcation is resolved, as the structure of the trial bears directly on how Plaintiffs will present every aspect of their case. Allstate responds that its trial brief is filed consistent with Local Rule 16.1 concerning pre-trial order submissions. At the same time, Allstate agrees that there are still issues to be determined concerning the trial of this case and, as such, all defendants reserve their rights to provide and/or supplement trial briefs to the Court.

reliance and computation of damages, further discovery limited to individual class issues and damages may be required;

**(3)** Trial is expected to take 21 to 25 days. It will be listed on the trial calendar, to be tried when reached;

**(4)** This action will be tried by a jury;

**(5)** Plaintiffs recommend that ten jurors be selected at the commencement of the trial. Defendants recommend that twelve jurors be selected at the commencement of trial;

**(6)** Plaintiffs intend to file a motion to bifurcate the trial concurrently;

**(7)** This Order will control the course of the trial and may not be amended except by consent of the parties and the court, or by order of the court to prevent manifest injustice.

**(8)** Possibility of settlement of this case was considered by the parties.

United States District Judge.

Date:

DATED:

THE HONORABLE ROBERT W. GETTLEMAN
UNITED STATES DISTRICT JUDGE

DATED: January 10, 2023

**LABATON SUCHAROW LLP**

/s/*Michael P. Canty*
Michael P. Canty
MICHAEL P. CANTY (*pro hac vice*)
THOMAS G. HOFFMAN, JR. (*pro hac vice*)
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Email: mcanty@labaton.com
       thoffman@labaton.com

*Lead Counsel for Lead Plaintiffs Carpenters Pension Trust Fund for Northern California; and Carpenters Annuity Trust Fund for Northern California and Counsel for City of Providence Employee Retirement System and the Class*

**POMERANTZ LLP**

PATRICK V. DAHLSTROM
LOUIS C. LUDWIG
10 S. LaSalle Street Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:      pdahlstrom@pomlaw.com
            lcludwig@pomlaw.com

*Additional Counsel for Plaintiffs*

**DLA PIPER LLP (US)**

John J. Clarke, Jr (*pro hac vice*)
john.clarke@dlapiper.com
1251 Avenue of the Americas
New York, New York 10020-1104
212.335.4500

Kenneth L. Schmetterer (IL-6201860)
kenneth.schmetterer@dlapiper.com
Yan Grinblat
yan.grinblat@dlapiper.com
Emily D. Gilman
emily.glman@dlapiper.com
444 W. Lake Street
Chicago, Illinois 60606-0089
312.368.4000

*Attorneys for Defendant The Allstate Corporation*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

Charles F. Smith (IL-6195537)
charles.smith@skadden.com
Gail E. Lee (IL-6318334)
gail.lee@skadden.com
155 N, Wacker Drive
Chicago, Illinois  60606-1720
312.407.0700

*Attorneys for Defendant Thomas J. Wilson*

6

**SALVATORE PRESCOTT**
 **PORTER & PORTER, PLLC**

Julie B. Porter (IL- 6243787)
porter@sppplaw.com
Suzanne B. Notton (IL- 6316981)
notton@sppplaw.com
1010 Davis Street
Evanston, IL 60201
(312) 283-5711

*Attorneys for Defendant Matthew E. Winter*

**MCDERMOTT WILL & EMERY LLP**

Colleen E. Baime (IL- 9846481)
cbaime@mwe.com
Steven S. Scholes (IL- 6191220)
sscholes@mwe.com
Brigid E. McCarthy (IL- 6330102)
bemccarthy@mwe.com
444 West Lake Street
Chicago, IL  60606
312.899.7101

*Attorneys for Defendant The Allstate*
*Corporation*