**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE THE ALLSTATE CORPORATION SECURITIES LITIGATION | Case No. 16-cv-10510<br><br>Hon. Robert W. Gettleman<br><br><u>CLASS ACTION</u> |

**CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENT**

Carpenters Pension Trust Fund for Northern California, Carpenters Annuity Trust Fund for Northern California (together, "Northern California Carpenters" or "Lead Plaintiffs") and named plaintiff City of Providence ("Providence" and, together with Northern California Carpenters, "Class Representatives"), on behalf of themselves and the members of the certified Class, through court-appointed Class Counsel Labaton Sucharow LLP, hereby move this Court for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) preliminarily approving the proposed Settlement of this securities class action; (ii) approving the form and manner of providing notice of the proposed Settlement to the Class, including the procedures and deadlines for objecting and submitting Claim Forms; (iii) scheduling a date for the final Settlement Hearing, which may be held remotely or in person, preferably the week of November 20, 2023, at the Court's convenience; and (vi) granting such other and further relief as the Court may deem fair and proper.

This motion is based on the accompanying Memorandum of Law in Support of Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement and the Declaration of Michael P. Canty, dated August 14, 2023, with annexed exhibits, filed herewith.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement, which was negotiated by the Parties to the Settlement, with annexed exhibits, is also submitted herewith.

DATED: August 14, 2023

Respectfully submitted,

**LABATON SUCHAROW LLP**
MICHAEL P. CANTY (*pro hac vice*)
THOMAS G. HOFFMAN, JR. (*pro hac vice*)

<u>s/ Michael P. Canty</u>
MICHAEL P. CANTY

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
thoffman@labaton.com

*Class Counsel for Class Representatives and the Class*

**POMERANTZ LLP**
PATRICK V. DAHLSTROM
LOUIS C. LUDWIG

10 S. LaSalle Street Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

*Additional Counsel for Plaintiffs*