**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE THE ALLSTATE CORPORATION SECURITIES LITIGATION | Case No. 16-cv-10510<br><br>Hon. Robert W. Gettleman<br><br>CLASS ACTION |

**DECLARATION OF MICHAEL P. CANTY IN SUPPORT OF CLASS REPRESENTATIVES' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, MICHAEL P. CANTY, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Labaton Sucharow LLP, Court-appointed Class Counsel in this class action, and am admitted to practice before this Court *pro hac vice*. I respectfully submit this declaration in support of Class Representatives' Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. True and correct copies of the following documents are annexed hereto:

Exhibit 1: Stipulation and Agreement of Settlement, dated as of August 11, 2023, with exhibits thereto.

Exhibit 2: Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2022 Review and Analysis* (Cornerstone Research 2023).

Exhibit 3: Firm resume of A.B. Data, Ltd.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2023.

/s/ *Michael P. Canty*
MICHAEL P. CANTY