**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE THE ALLSTATE CORPORATION SECURITIES LITIGATION | Case No. 16-cv-10510<br><br>Hon. Robert W. Gettleman<br><br>CLASS ACTION |

# REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF (I) CLASS REPRESENTATIVES' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION AND (II) CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND PAYMENT OF LITIGATION EXPENSES

# TABLE OF CONTENTS

Page


PRELIMINARY STATEMENT ........ 1

ARGUMENT ........ 3

I. THE REACTION OF THE CLASS STRONGLY SUPPORTS APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION ........ 3

II. THE REACTION OF THE CLASS STRONGLY SUPPORTS APPROVAL OF THE REQUESTED ATTORNEYS' FEES AND EXPENSES ........ 4

CONCLUSION ........ 4

Carpenters Pension Trust Fund for Northern California, Carpenters Annuity Trust Fund for Northern California (together, "Northern California Carpenters") and named plaintiff City of Providence ("Providence" and, together with Northern California Carpenters, "Class Representatives"), on behalf of themselves and all other members of the Class, and Class Counsel respectfully submit this memorandum of law in further support of (i) Class Representatives' Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF No. 553) and (ii) Class Counsel's Motion for an Award of Attorneys' Fees and Payment of Litigation Expenses (ECF No. 554) (the "Motions").[1]

## PRELIMINARY STATEMENT

On September 26, 2023, the Court entered an order preliminarily approving the Settlement and approving the proposed forms and methods of providing notice to the Class (the "Preliminary Approval Order"). ECF No. 550. Pursuant to and in compliance with the Preliminary Approval Order, through mailing records obtained in connection with the Class Notice, the Court-appointed Claims Administrator A.B. Data, Ltd. ("A.B. Data"), caused, among other things, the Settlement Notice and Claim Form (together, the "Claim Packet") to be mailed by first-class mail to potential Class Members. Through December 11, 2023, a total of 168,471 Claim Packets have been mailed to potential members of the Class. *See* Supplemental Declaration of Adam D. Walter Regarding Mailing of the Settlement Notice and Claim Form, dated December 11, 2023 ("Supplemental Mailing Decl."), ¶5, filed herewith.

On October 25, 2023, the Summary Notice was published in *The Wall Street Journal* and was disseminated over the internet using *PR Newswire*. *See* Declaration of Adam D. Walter Regarding (A) Mailing of the Settlement Notice and Claim Form; and (B) Publication of the

---

[1] All capitalized terms not otherwise defined herein have the same meaning as those in the Stipulation of Settlement, dated as of August 11, 2023 (the "Stipulation") (ECF No. 541-1).

Summary Notice, dated November 13, 2023 ("Initial Mailing Decl."), ¶13 (ECF No. 555-4). The Settlement Notice and Claim Form were also posted, for review and easy downloading, on the website established by A.B. Data for purposes of this Settlement. *Id.* ¶14.

The Settlement Notice described, *inter alia*, the terms of the Settlement, the Plan of Allocation, and the right to object to the Settlement. *See generally* Initial Mailing Decl., Ex. B. The Settlement Notice also informed Class Members that Class Counsel would apply for an award of attorneys' fees from the Settlement Fund in an amount not to exceed 25% of the Settlement Fund and payment of Litigation Expenses in an amount not to exceed $4,600,000, which may include an application by Class Representatives pursuant to the PSLRA, for their reasonable costs and expenses (including lost wages). The Settlement Notice also gave the deadlines for objecting to the Settlement and submitting claims, and it advised potential Class Members of the scheduled Settlement Hearing before this Court. *Id.* The deadline to object was November 28, 2023.

On November 14, 2023, 14 days before the objection deadline, Class Representatives and Class Counsel filed their opening papers in support of the Settlement, Plan of Allocation, and fee and expense request. These papers are available on the public docket (ECF Nos. 553-555), and were promptly posted to the case website as well as the website for Class Counsel.

In response to the dissemination of 168,471 Claim Packets to potential Class Members, ***no*** objections have been received. ***No one*** has objected to the Plan of Allocation or to Class Counsel's motion for attorneys' fees and expenses. As a result, Class Representatives and Class Counsel respectfully submit that the reaction of the Class strongly supports approval of the Settlement, the Plan of Allocation, and the requested attorneys' fees and expenses.

# ARGUMENT

## I. THE REACTION OF THE CLASS STRONGLY SUPPORTS APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION

In evaluating the fairness of a proposed settlement, the Seventh Circuit requires courts to consider "the amount of opposition to settlement among affected parties." *Wong v. Accretive Health, Inc.*, 773 F.3d 859, 863 (7th Cir. 2014);[2] *see also Synfuel Techs. Inc. v. DHL Express, Inc.*, 463 F.3d 646, 653 (7th Cir. 2006); *Hale v. State Farm Mut. Auto. Ins. Co*., 2018 WL 6606079, at *6 (S.D. Ill. Dec. 16, 2018) ("the response from the class can provide insight into the fairness of both the settlement and, as discussed below, the requested attorney's fees and costs").

Indeed, courts are inclined to approve a class action settlement where, as here, there are few or no objections. *See, e.g.*, *Wolfe v. TCC Wireless, LLC*, 2018 WL 11215318, at *2 (N.D. Ill. Mar. 12, 2018) ("The absence of any objections to the Settlement by Class Members . . . supports approval of the Settlement."); *Garcia v. J.C. Penney Corp., Inc*., 2017 WL 3449077, at *1 (N.D. Ill. Aug. 9, 2017) (same); *Retsky Family Ltd. P'ship v. Price Waterhouse LLP*, 2001 WL 1568856, at *3 (N.D. Ill. Dec. 10, 2001) ("The absence of objection to a proposed class settlement is evidence that the settlement is fair, reasonable and adequate."); *Goldsmith v. Tech. Sols. Co*., 1995 WL 17009594, at *5 (N.D. Ill. Oct. 10, 1995) ("Not a single objection to the proposed Settlement has been received from any class member. Such a positive response to the Settlement by the Class is strong evidence that the settlement is fair, reasonable, and adequate and should be approved.").

Additionally, the fact that there are no objections to the Plan of Allocation supports its approval. *See, e.g.*, *Retsky,* 2001 WL 1568856, at *3 (approving plan of allocation after finding it met the standards of fairness and reasonableness, including lack of opposition).

---

[2] Unless otherwise noted, all internal citations and quotations are omitted.

## II. THE REACTION OF THE CLASS STRONGLY SUPPORTS APPROVAL OF THE REQUESTED ATTORNEYS' FEES AND EXPENSES

Not one Class Member has objected to Class Counsel's motion for an award of attorneys' fees, payment of Litigation Expenses, or the PSLRA reimbursement request of the Class Representatives. The fact that there have been no objections is strong evidence that the requested fees and expenses are fair and reasonable. *See, e.g.*, *Retsky,* 2001 WL 1568856, at *4 (stating that the requested fees are reasonable where no member of the plaintiff class objected to the request for attorney's fees).

## CONCLUSION

For the reasons set forth above and in Class Representatives' and Class Counsel's November 14, 2023 submissions, Class Representatives and Class Counsel respectfully request that the Court enter the (i) proposed Final Order and Judgment; (ii) proposed Order Approving Plan of Allocation; and (iii) proposed Order Awarding Attorney's Fees and Expenses.

DATED: December 12, 2023

Respectfully submitted,

**LABATON SUCHAROW LLP**
MICHAEL P. CANTY (*pro hac vice*)
THOMAS G. HOFFMAN, JR. (*pro hac vice*)

*s/ Michael P. Canty*
MICHAEL P. CANTY

140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
thoffman@labaton.com

*Class Counsel for Class Representatives and the Class*

**POMERANTZ LLP**
PATRICK V. DAHLSTROM
LOUIS C. LUDWIG

10 S. LaSalle Street Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com
lcludwig@pomlaw.com

*Additional Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2023, I caused the foregoing document to be electronically filed, using the Court's CM/ECF system, which will cause the document to be sent electronically to the registered participants as identified on the attached Electronic Mail Notice List.

*/s/ Michael P. Canty*
Michael P. Canty