**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE THE ALLSTATE CORPORATION SECURITIES LITIGATION | Case No. 16-cv-10510<br>Hon. Robert W. Gettleman<br>CLASS ACTION |

# ORDER APPROVING PLAN OF ALLOCATION

THIS MATTER having come before the Court for a hearing on December 19, 2023, on the motion of Carpenters Pension Trust Fund for Northern California, Carpenters Annuity Trust Fund for Northern California and named plaintiff City of Providence for final approval of the proposed Settlement of the Action and approval of the proposed Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated as of August 11, 2023 (the "Stipulation"), and all capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in accordance with Rule 23 of the Federal Rules of Civil Procedure, this Court finds and concludes that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court finds and concludes that the Plan of Allocation for the calculation of the claims of Claimants that is set forth in the Notice of Proposed Class Action Settlement and Motion for Attorneys' Fees and Expenses (the "Settlement Notice") disseminated to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

4. The Court finds and concludes that the Plan of Allocation, as set forth in the Settlement Notice, is fair, reasonable, and adequate and the Court approves the Plan of Allocation.

DATED this 19th day of December, 2023

BY THE COURT:

Robert W. Gettleman

Honorable Robert W. Gettleman
UNITED STATES DISTRICT JUDGE